AO 91 (Rev. 11/11)  Criminal Complaint

**United States District Court**
**Southern District Of Texas**
FILED

JAN 31 2020

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States of America )
v. )
)
William Joe McCALLISTER )   Case No. M – 20 – 0267 – M
United States Citizen )
YOB 1970 )
)
)

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 30, 2020_____ in the county of _____Hidalgo_____ in the

___Southern___ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 United States Code § 952 | Defendant did knowingly and intentionally import from the United Mexican States into the United States approximately 73.94 kilograms of methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

☑ Continued on the attached sheet.

Approved AUSA _Philip Mikhail_
1/31/20

_____
Complainant's signature

John Gould, Special Agent, HSI
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: ___1/31/20___

_____
Judge's signature

City and state: _____McAllen, TX_____

J. Scott Hacker, US Magistrate Judge
_____
Printed name and title

## Attachment "A"

On January 30, 2020, Homeland Security Investigations (HSI), McAllen, Texas, was notified by United States Customs and Border Protection (CBP) that William Joe McCALLISTER made entry into the United States via the Hidalgo Port of Entry in Hidalgo, Texas.  McCALLISTER was the driver of a blue Ford Expedition displaying Texas license plates MML0900.  During primary inspection, McCALLISTER gave a negative declaration to CBP Officers (CBPO's) for possessing any contraband to include narcotics.  McCALLISTER was referred to secondary inspection due to suspicious statements he made.

During secondary inspection, CBPO's utilized a Z-portal X-ray machine, and noticed anomalies inside the gas tank.  After the anomalies were found, a drug sniffing canine positively alerted to the presence of a controlled substance.

CBPOs discovered liquid methamphetamine totaling 73.94 kilograms.  The controlled substance was concealed in an aftermarket compartment within the gas tank.  A field test of the substance was conducted.  CBP Officers received a positive reaction for methamphetamine.

HSI McAllen Special Agents in conjunction with CBP Enforcement Officers responded to the Hidalgo, Texas Port of Entry to interview McCALLISTER.  McCALLISTER was read the Miranda Warnings which he waived and voluntarily agreed to speak with agents. McCALLISTER was interviewed post-Miranda and admitted culpability stating he knew he was smuggling drugs into the United States.